# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2763
_____

ROBERT MICHAEL ARDIS,

    Petitioner,

v.

SARAH ARDIS,

    Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


August 29, 2019


PER CURIAM.

Because this petition seeks belated appeal of a lower tribunal order in a civil matter, the petition for belated appeal is denied. *See Powell v. Fla. Dep't of Corrections*, 727 So. 2d 1103 (Fla. 1st DCA 1999) (stating that because the proceedings below were civil in nature, the provisions of Florida Rule of Appellate Procedure 9.141(c) are not applicable).

RAY, C.J., and BILBREY and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Kathleen Stover, Assistant Public Defender, Tallahassee, for Petitioner.

No appearance for Respondent.